FILED

MAR 05 2012

SUSAN M SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

**UNITED STATES BANKRUPTCY APPELLATE PANEL**

**OF THE NINTH CIRCUIT**

**FILED**

**Mar 05, 2012**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: | ) | BAP Nos.  EC-11-1607 |
| | ) | EC-11-1619 |
| HILDY ORTIZ and MARCUS NIETO; | ) | |
| | ) | Bk. No.   11-26173 |
| Debtors. | ) | |
| _____ | ) | |
| In re: | ) | BAP No.   EC-11-1613 |
| | ) | |
| HARVEY P. MICKELSEN; STEPHANIE | ) | Bk. No.   09-42649 |
| B. MICKELSEN; | ) | |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| In re: | ) | BAP No.   EC-11-1715 |
| | ) | |
| GEORGE CYRUS KNOWLTON; AMANDA | ) | Bk. No.   11-20290 |
| LEE KNOWLTON; | ) | |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| In re: | ) | BAP No.   EC-11-1722 |
| | ) | |
| MARK B. JORGENSEN; KIMBERLY A. | ) | Bk. No.   10-43436 |
| JORGENSEN; | ) | |
| | ) | USDC Case 2:12-mc-014 JAM DAD (PS) (BK) |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| SEAN GJERDE, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | **ORDER TRANSFERRING IFP MOTION** |
| | ) | **TO DISTRICT COURT** |
| HILDY ORTIZ; MARCUS NIETO; | ) | |
| HARVEY P. MICKELSEN; STEPHANIE | ) | |
| B. MICKELSEN; GEORGE CYRUS | ) | |
| KNOWLTON; AMANDA LEE KNOWLTON; | ) | |

```
UNITED STATES TRUSTEE; MARK B.)
JORGENSEN; KIMBERLY A.       )
JORGENSEN; JAN JOHNSON,      )
Chapter 13 Trustee,         )
                             )
                Appellees.   )
_____)
```

Before:   HOLLOWELL, KIRSCHER and MARKELL, Bankruptcy Judges.

These appeals have been judicially reviewed.

BAP Appeal No. EC-11-1607 is an appeal filed by Sean Gjerde from an October 25, 2011 order requiring the return of $3,000 to Marcus Alonso Nieto and Hildy Jean Ortiz.

BAP Appeal No. EC-11-1613 is an appeal filed by Sean Gjerde requiring from an October 25, 2011 order requiring the payment of $16,200 to Jan Johnson, Chapter 13 Trustee with respect to the bankruptcy case of Harvey P. Mickelsen and Stephanie B. Mickelsen.

BAP Appeal No. EC-11-1619 is an appeal filed by Sean Gjerde from an October 25, 2011 order requiring the payment of $19,500 to Jan Johnson, Chapter 13 Trustee with respect to the bankruptcy case of Marcus Alonso Nieto and Hildy Jean Ortiz.

BAP Appeal No. EC-11-1715 is an appeal filed by Sean Gjerde from a December 12, 2011 order finding Mr. Gjerde to be in contempt of the bankruptcy court's order, requiring the refund of $1,000 to debtors George Cyrus Knowlton and Amanda Knowlton, and awarding $1,613.83 to the United States Trustee.

2

BAP Appeal No. EC-11-1722 is an appeal filed by Sean Gjerde from a December 12, 2011 order requiring the payment of $3,000 to Mark B. Jorgensen and Kimberly A. Jorgensen.

Appellant Sean Gjerde has filed a motion to proceed in forma pauperis with respect to the above-referenced appeals.

These appeals are properly before the Bankruptcy Appellate Panel ("BAP") under 28 U.S.C. § 158.  As no party filed a timely election to have the appeals heard by the United States District Court under 28 U.S.C. § 158(c), jurisdiction lies with the BAP.

Under the holding of Perroton v. Gray (In re Perroton), 958 F.2d 889 (9th Cir. 1992) and Determan v. Sandoval (In re Sandoval), 186 B.R. 490, 496 (9th Cir. BAP 1995), the BAP has no authority to grant in forma pauperis motions under 28 U.S.C. § 1915(a) because bankruptcy courts are not "court[s] of the United States" as defined in 28 U.S.C. § 451.

However, the district court[1] has authority to allow a person to file an appeal without prepayment of the filing fee.  See 28 U.S.C. § 1915(a).

Therefore, appellant's motion is hereby TRANSFERRED to the

---

[1]  The district courts have original jurisdiction over bankruptcy cases and proceedings, 28 U.S.C. § 1334, and may exercise that jurisdiction notwithstanding that a district court may choose to refer bankruptcy matters to the bankruptcy judges for the district.  28 U.S.C. § 157(d).

United States District Court for the Eastern District of California for the limited purpose of ruling on appellants' motion.  It is appellant's responsibility to take all necessary steps to have this matter considered by the district court within thirty (30) days from the date of this order.

After the district court issues its decision, appellant is directed to notify the BAP of the district court ruling.  If the district court denies the application, appellant will have twenty-one (21) days from the date of the district court order to pay the appeal filing fees to the clerk of the bankruptcy court or these appeals will be dismissed.  If the fees are paid or the district court grants appellants' motion, these appeals will then proceed before the BAP.

For the convenience of the district court, copies of the motion, the notices of appeal and the orders on appeal are attached to this order.

SEAN GJERDE
8880 ELK GROVE BLVD., STE. A
ELK GROVE, CA 95624
(916) 478-4139
FAX: (916) 686-8775

In pro per

RECEIVED
Susan M. Spraul, Clerk
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

JAN 19 2012

FILED _____
DOCKETED _____
        DATE        INITIAL

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | ) Case No.: 09-42649 |
| | ) BAP No.: EC-11-1613 |
| HARVEY P. MICKELSEN AND | ) |
| | ) **APPLICATION FOR FEE WAIVER OF** |
| STEPHANIE B. MICKELSEN | ) **APPELLATE COSTS** |
| | ) |
| | ) |
| | ) |
| IN RE: | ) |
| | ) |
| MARCUS NIETO AND HILDY ORTIZ | ) Case No.: 11-26173 |
| | ) BAP No.: EC-11-1607 |
| | ) BAP No.: EC-11-1619 |
| | ) BAP No.: EC-11-1643 |
| IN RE: | ) |
| | ) |
| MICHAEL G. PETERS AND JENNIFER L. | ) |
| | ) |
| PETERS | ) Case No.: 10-47982 |
| | ) |
| | ) |
| IN RE: | ) |
| | ) |
| BEN LEANDRO DYE AND KAELYN | |
| | Case No.: 11-22020 |
| MARIE DYE | |

Please find attached the application for fee waivers of all appellate fees in regards to the above entitled matters.  Appellant's current income is less than 150% of federal poverty guidelines as defined by the Office of Management and Budget in accordance with section

1

673(2) of the Omnibus Budget Reconciliation Act of 1981 and as prescribed under 28 U.S.C. §§ 1930(b)(c) and (f).

Dated:   January 18, 2012

Sean Gjerde

B3B (Official Form 3B) (11/11)

## APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE
## FOR INDIVIDUALS WHO CANNOT PAY THE FILING FEE
## IN FULL OR IN INSTALLMENTS

The court fee for filing a case under chapter 7 of the Bankruptcy Code is $306.

If you cannot afford to pay the full fee at the time of filing, you may apply to pay the fee in installments. A form, which is available from the bankruptcy clerk's office, must be completed to make that application. If your application to pay in installments is approved, you will be permitted to file your petition, generally completing payment of the fee over the course of four to six months.

If you cannot afford to pay the fee either in full at the time of filing or in installments, you may request a waiver of the filing fee by completing this application and filing it with the Clerk of Court. A judge will decide whether you have to pay the fee. By law, the judge may waive the fee only if your income is less than 150 percent of the official poverty line applicable to your family size and you are unable to pay the fee in installments. You may obtain information about the poverty guidelines at www.uscourts.gov or in the bankruptcy clerk's office.

**Required information**. Complete all items in the application, and attach requested schedules. Then sign the application on the last page. If you and your spouse are filing a joint bankruptcy petition, you both must provide information as requested and sign the application.

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

In re:  Sean Gjerde _____          Case No. _____
        Debtor(s)                                                                       (if known)

### APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE
### FOR INDIVIDUALS WHO CANNOT PAY THE FILING FEE IN FULL OR IN INSTALLMENTS

**Part A.  Family Size and Income**

1.  Including yourself, your spouse, and dependents you have listed or will list on Schedule I (Current Income of Individual Debtors(s)), how many people are in your family? (Do not include your spouse if you are separated AND are not filing a joint petition.) _____ 2 _____

2.  Restate the following information that you provided, or will provide, on Line 16 of Schedule I. Attach a completed copy of Schedule I, if it is available.

    Total Combined Monthly Income (Line 16 of Schedule I):          $ 1,800.00

3.  State the monthly net income, if any, of dependents included in Question 1 above. Do not include any income already reported in Item 2. If none, enter $0.

                                                                    $_____

4.  Add the "Total Combined Monthly Income" reported in Question 2 to your dependents' monthly net income from Question 3.

                                                                    $ 1,800.00

5.  Do you expect the amount in Question 4 to increase or decrease by more than 10% during the next 6 months? Yes ✓ No ___

    If yes, explain.  Ending of unemployment benefits without a extension by the federal government is possible.

**Part B. Monthly Expenses**

6.  EITHER (a) attach a completed copy of Schedule J (Schedule of Monthly Expenses), and state your total monthly expenses reported on Line 18 of that Schedule, OR (b) if you have not yet completed Schedule J, provide an estimate of your total monthly expenses.

                                                                  $ 7,200.00

7.  Do you expect the amount in Question 6 to increase or decrease by more than 10% during the next 6 months? Yes ___ No ✓
    If yes, explain.

**Part C.  Real and Personal Property**

EITHER (1) attach completed copies of Schedule A (Real Property) and Schedule B (Personal Property), OR (2) if you have not yet completed those schedules, answer the following questions.

8.  State the amount of cash you have on hand.          $ 178.20

9.  State below any money you have in savings, checking, or other accounts in a bank or other financial institution.

| Bank or Other Financial Institution: | Type of Account such as savings, checking, CD: | Amount: |
|---|---|---|
| Wells Fargo Bank | Checking | $ 696.00 |
| | | $ _____ |

10. State below the assets owned by you. **Do not list ordinary household furnishings and clothing.**

| | | | |
|---|---|---|---|
| Home | Address:<br>9254 Boulder Falls Ct.<br>Elk Grove CA 95624 | Value: $ 200,000.00<br>Amount owed on mortgages and liens: $ 346,000.00 | |
| Other real estate | Address: | Value: $<br>Amount owed on mortgages and liens: $ | |
| Motor vehicle | Model/Year:<br>Infiniti G 37 | Value: $ 30,000.00<br>Amount owed: $ 370,000.00 | |
| Motor vehicle | Model/Year: | Value: $<br>Amount owed: $ | |
| Other | Description | Value: $<br>Amount owed: $ | |

11. State below any person, business, organization, or governmental unit that owes you money and the amount that is owed.

| Name of Person, Business, or Organization that Owes You Money | Amount Owed |
|---|---|
| | $ |
| | $ |

**Part D. Additional Information.**

12. Have you paid an **attorney** any money for services in connection with this case, including the completion of this form, the bankruptcy petition, or schedules? Yes _____ No ✓
If yes, how much have you paid? $ _____

13. Have you promised to pay or do you anticipate paying an **attorney** in connection with your bankruptcy case? Yes _____ No ✓
If yes, how much have you promised to pay or do you anticipate paying? $ _____

14. Have you paid **anyone other than an attorney** (such as a bankruptcy petition preparer, paralegal, typing service, or another person) any money for services in connection with this case, including the completion of this form, the bankruptcy petition, or schedules? Yes _____ No ✓
If yes, how much have you paid? $ _____

15. Have you promised to pay or do you anticipate paying **anyone other than an attorney** (such as a bankruptcy petition preparer, paralegal, typing service, or another person) any money for services in connection with this case, including the completion of this form, the bankruptcy petition, or schedules?
Yes _____ No ✓
If yes, how much have you promised to pay or do you anticipate paying? $ _____

16. Has anyone paid an attorney or other person or service in connection with this case, on your behalf?
Yes _____ No ✓

If yes, explain.

17. Have you previously filed for bankruptcy relief during the past eight years? Yes _____ No ✓

| Case Number (if known) | Year filed | Location of filing | Did you obtain a discharge? (if known) | | |
|---|---|---|---|---|---|
| _____ | _____ | _____ | Yes _____ | No _____ | Don't know _____ |
| _____ | _____ | _____ | Yes _____ | No _____ | Don't know _____ |

18. Please provide any other information that helps to explain why you are unable to pay the filing fee in installments.

I recently lost my ability to practice law which has drastically decreased my ability to make money

19. I (we) declare under penalty of perjury that I (we) cannot currently afford to pay the filing fee in full or in installments and that the foregoing information is true and correct.

Executed on:   01/18/2012 _____

_____
Date

_____
Date

_____
Signature of Debtor

_____
Signature of Codebtor

---

**DECLARATION AND SIGNATURE OF BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required under that section.

_____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer

_____
Social-Security No. (Required by 11 U.S.C. §110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

x _____
Signature of Bankruptcy Petition Preparer

_____
Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.* 11 U.S.C. § 110; 18 U.S.C. § 156.

# UNITED STATES BANKRUPTCY COURT

Eastern District of California

In re:  Sean Gjerde                                         Case No. _____
            Debtor(s)

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[  ] GRANTED.

   This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[  ] DENIED.

   The debtor shall pay the chapter 7 filing fee according to the following terms:

   $ _____ on or before _____

   $ _____ on or before _____

   $ _____ on or before _____

   $ _____ on or before _____

   Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

   IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[  ] SCHEDULED FOR HEARING.

   A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ am/pm at _____.
   
   (address of courthouse)

   IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

                                        BY THE COURT:

DATE: _____                        _____
                                        United States Bankruptcy Judge

# BANKRUPTCY APPEAL TRANSMITTAL FORM

TO:    Bankruptcy Appellate Panel of the Ninth Circuit
        125 S. Grand Avenue
        Pasadena, CA 91105



FILED

**10/28/11**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

FROM:    U.S. Bankruptcy Court
        Eastern District of California
        District Office No. 0972

DATE:    10/28/11           *BAP#EC-11-1607*

Debtor(s) Name: Marcus Alonzo Nieto and Hildy Jean Ortiz

RECEIVED
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

Bankruptcy Case No. 11-26173-B-7

Adversary Proceeding No. _____

OCT 3 1 2011

Docket Control No. JPJ-1

FILED
DOCKETED
DATE     INITIAL

Bankruptcy Judge (who signed the order): Klein

Date Notice of Appeal Filed: 10/27/11

Date of Entry of Order Appealed From: 10/27/11

Date Bankruptcy Case Filed: 3/12/11

Date Notice of Appeal and
Notice of Referral of Appeal Mailed to Parties: 10/28/11

Filing Fee Paid? (Check One)  [ ]  Yes  [✓] No _____

                           _S. Peterson_

Deputy Clerk
U.S. Bankruptcy Court

501 I Street, Suite 3-200
Sacramento, CA 95814-2322
(916) 930-4400

EDC 2-850 (Rev. 8/10/10)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA



FILED

**10/28/11**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re ) Bankruptcy Case No. 11-26173-B-7
Marcus Alonzo Nieto and Hildy )
Jean Ortiz )
) Docket Control No. JPJ-1
)
)
)
Debtor(s) )

RECEIVED
Susan M. Spraul, Clerk
U.S. BNCY APP PANEL
OF THE NINTH CIRCUIT

OCT 3 1 2011

FILED
DOCKETED
DATE          INITIAL

### NOTICE OF REFERRAL OF APPEAL TO THE BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT

The attached Notice of Appeal has been filed with the Clerk of the U.S. Bankruptcy Court for the Eastern District of California.

**NOTICE IS HEREBY GIVEN** that by virtue of 28 U.S.C. §158, and orders of the Judicial Council of the Ninth Circuit and the U.S. District Court for the Eastern District of California, the appeal has been referred to the Bankruptcy Appellate Panel of the Ninth Circuit.

**NOTICE IS FURTHER GIVEN** that any party other than the appellant wishing to have the appeal heard by the U.S. District Court must, within 30 days of the date of this notice, file with the Clerk of the Bankruptcy Appellate Panel a separate written statement of election to transfer the appeal to the U.S. District Court for the Eastern District of California. Upon receipt of a timely statement of election, the Clerk of the Bankruptcy Appellate Panel shall transfer the appeal to the U.S. District Court for the Eastern District of California, in conformity with the foregoing orders and their provisions for election to district court.

For additional information, you may contact the Clerk of the Bankruptcy Appellate Panel for the Ninth Circuit at 125 S. Grand Ave., Pasadena, CA 91105 (telephone: (626) 229-7225).

Dated: 10/28/11

WAYNE BLACKWELDER, CLERK
U.S. BANKRUPTCY COURT
501 I Street, Suite 3-200
Sacramento, CA 95814-2322
(916) 930-4400
BY: _____
Deputy Clerk

EDC 5-565 (Rev. 9/1/10)

1 | SEAN GJERDE
8880 ELK GROVE BLVD., STE. A
2 | ELK GROVE, CA 95624
(916) 478-4139
3 | FAX: (916) 686-8775

RECEIVED
Susan M. Spraul, Clerk
U.S. BKCY APP PANEL
OF THE NINTH CIRCUIT

BAP# EC-11-1607

OCT 31 2011

FILED

OCT 27 2011

4 | In pro per

FILED _____
DOCKETED _____
   DATE      INITIAL

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

10 | IN RE:

11 | MARCUS NIETO and HILDY ORTIZ

) Case No.: 11-26173
) DC No.: SPG-1
)
) **NOTICE OF APPEAL TO THE UNITED**
) **STATES COURT OF APPEAL FOR THE**
) **NINTH CIRCUIT**
)
)
)
)

16 |     Sean Gjerde, improperly joined party, herein appeal to the United States Court of Appeal

17 | for the Ninth Circuit from the final order/judgment of the Bankruptcy Court of the Eastern

18 | District of California, entered in this case on October 21, 2011 and filed on October 25, 2011 and

19 | all interlocutory orders that gave rise to that order, including but not limited to order/judgment to

20 | disgorge fees in this bankruptcy matter dated October 21, 2011, filed on October 25, 2011

21 | judgment for civil contempt on October 21, 2011, filed on October 25, 2011.

Dated:   October 25, 2011

Sean Gjerde

NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

```
                    FILED

                   10/28/11

        UNITED STATES BANKRUPTCY COURT
          EASTERN DISTRICT OF CALIFORNIA
```

In re                                )   Bankruptcy Case No.  11-26173-B-7
                                     )
   Marcus Alonzo Nieto and Hildy     )   Adversary Proceeding No.
   Jean Ortiz                        )
                                     )   Docket Control No.  JPJ-1
                                     )
                         Debtor(s)   )

---

### CERTIFICATE OF MAILING

   The undersigned clerk in the Office of the United States Bankruptcy Court for this
district hereby certifies that copies of the **Notice of Appeal and Notice of Referral of
Appeal to the Bankruptcy Appellate Panel of the Ninth Circuit** were mailed today to the
following parties at their respective addresses as shown in the Court's records:

James P. Chandler          Marcus Nieto and          Jan P Johnson
926 First Street West      Hildy Ortiz               PO Box 1708
Sonoma CA 95476            8724 Cullen Court         Sacramento CA 95812
                           Elk Grove CA 95624


U.S. Trustee               Thomas A. Johnson         Sean P. Gjerde
501 I St #7-500            400 Capitol Mall #1620    8880 Elk Grove Blvd #A
Sacramento, CA 95814       Sacramento, CA 95814      Elk Grove CA 95624


J. Michael Hopper
PO Box 73826
Davis CA 95617


Dated: 10/28/11                    BY: _____
                                          Deputy Clerk

EDC 3-071 (Rev. 8/10/10)



**Notice of Appeal from Sacramento**

Steve Peterson   to: BAPCA09Filings                    10/28/2011 03:41 PM

  

11-26173 Certificate of Mailing.pdf 11-26173 Notice of Appeal.pdf 11-26173 Notice of Referral.pdf



11-26173 Transmittal.pdf

Please confirm receipt and processing via return e-mail

Steve
Deputy Clerk
US Bankruptcy Court Sacramento

SWAS

FILED

OCT 2 5 2011

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

In re:                                    )          Case No. 11-26173-B-13J
                                          )
MARCUS ALONZO NIETO and HILDY             )          DC No. JPJ-1
JEAN ORTIZ,                               )
                                          )
                                          )
                    Debtor(s).            )
_____)

### JUDGMENT

Findings of fact and conclusions of law having been stated orally on the record,

IT IS ORDERED and ADJUDGED that Sean P. Gjerde, California State Bar No. 217467, and James P. Chandler, California State Bar No. 215886, who do business as Northern California Law Center, PC, shall jointly and severally return $3,000 to the debtors Marcus Alonzo Nieto and Hildy Jean Ortiz.

Dated:  October 21, 2011.

_____
UNITED STATES BANKRUPTCY JUDGE

## CERTIFICATE OF SERVICE

On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed and by depositing said envelope in the United States mail or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's Office.

James P. Chandler
926 First Street West
Sonoma CA 95476

Hildy Jean Ortiz
8724 Cullen Court
Elk Grove CA 95624

Marcus Alonzo Nieto
8724 Cullen Court
Elk Grove CA 95624

Jan P Johnson
PO Box 1708
Sacramento CA 95812

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500

Thomas A. Johnson
400 Capitol Mall, #1620
Sacramento, CA 95814

Sean Gjerde, Esq.
8880 Elk Grove Blvd., Suite A
Elk Grove, CA 95624

Dated: 10/25/11

_____
DEPUTY CLERK

- 2 -

SWAS

**FILED**

OCT 2 5 2011

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

1
2
3
4                  **UNITED STATES BANKRUPTCY COURT**
5                  **EASTERN DISTRICT OF CALIFORNIA**
6
7  In re:                          )        Case No. 11-26173-B-13J
                                   )
8  MARCUS ALONZO NIETO and HILDY   )        DC No. JPJ-1
   JEAN ORTIZ,                     )
9                                  )
                                   )
10                 Debtor(s).      )
   _____)
11
12                 **JUDGMENT OF CIVIL CONTEMPT**
13       Findings of fact and conclusions of law having been stated
    orally on the record,
14
15       IT IS ORDERED and ADJUDGED that Sean P. Gjerde, California
16  State Bar No. 217467, and James P. Chandler, California State Bar
    No. 215886, who do business as Northern California Law Center,
17  PC, shall jointly and severally pay to Jan Johnson, chapter 13
18  trustee, the sum of $19,500, which sum reflects the additional
19  professional services occasioned by their intentional civil
20  contempt.
21       Dated:  October 21, 2011.
22
23
24           _____
                 UNITED STATES BANKRUPTCY JUDGE
25
26
27
28

1

## CERTIFICATE OF SERVICE

2    On the date indicated below, I served a true and correct
copy(ies) of the attached document by placing said copy(ies) in a
3    postage paid envelope addressed to the person(s) hereinafter
listed and by depositing said envelope in the United States mail
4    or by placing said copy(ies) into an interoffice delivery
receptacle located in the Clerk's Office.

5

6    James P. Chandler
926 First Street West
7    Sonoma CA 95476

8    Jan P Johnson
PO Box 1708
9    Sacramento CA 95812

10

Office of the U.S. Trustee
11    Robert T Matsui United States Courthouse
501 I Street, Room 7-500
12

13    Thomas A. Johnson
400 Capitol Mall, #1620
14    Sacramento, CA 95814

15    Sean Gjerde, Esq.
8880 Elk Grove Blvd., Suite A
16    Elk Grove, CA 95624

17    Marcus Alonzo Nieto
8724 Cullen Court
18    Elk Grove CA 95624

19

Hildy Jean Ortiz
20    8724 Cullen Court
Elk Grove CA 95624

21

22

23    Dated: 10/25/11

24

_____
DEPUTY CLERK

25

26

27

28                         - 2 -

C.ES

# BANKRUPTCY APPEAL TRANSMITTAL FORM

TO:    Bankruptcy Appellate Panel of the Ninth Circuit
        125 S. Grand Avenue
        Pasadena, CA 91105

```
                    FILED
                  11/02/11
             UNITED STATES BANKRUPTCY COURT
              EASTERN DISTRICT OF CALIFORNIA
```

FROM:    U.S. Bankruptcy Court
          Eastern District of California
          District Office No. 0972

DATE:    11/02/11

*BAP# EC-11-1619*

Debtor(s) Name:  Marcus Alonzo Nieto and Hildy Jean Ortiz

```
                              RECEIVED
                          Susan M. Spraul, Clerk
                          U.S. BKCY APP. PANEL
                          OF THE NINTH CIRCUIT
```

Bankruptcy Case No. 11-26173-B-7

Adversary Proceeding No. _____

NOV 0 3 2011

Docket Control No. JPJ-1

FILED _____
DOCKETED _____
              DATE    INITIAL

Bankruptcy Judge (who signed the order): Klein

Date Notice of Appeal Filed:  10/31/11

Date of Entry of Order Appealed From: 10/25/11

Date Bankruptcy Case Filed: 3/12/11

Date Notice of Appeal and
Notice of Referral of Appeal Mailed to Parties: 11/2/11

Filing Fee Paid? (Check One)  [ ]  Yes  [✓] No _____

_____
Deputy Clerk
U.S. Bankruptcy Court

501 I Street, Suite 3-200
Sacramento, CA 95614-2322
(916) 930-4400

EDC 2-850 (Rev. 8/10/10)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

**11/02/11**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re                                    )        Bankruptcy Case No. 11-26173-B-7
    Marcus Alonzo Nieto and Hildy )
    Jean Ortiz                       )
                          )        Docket Control No. JPJ-1
                          )
                          )
                          )
           Debtor(s)         )

RECEIVED
Susan M. Spraul, Clerk
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

NOV 0 3 2011

FILED _____

DOCKETED _____
                           DATE          INITIAL

## NOTICE OF REFERRAL OF APPEAL TO THE BANKRUPTCY APPELLATE
## PANEL OF THE NINTH CIRCUIT

     The attached Notice of Appeal has been filed with the Clerk of the U.S.
Bankruptcy Court for the Eastern District of California.

     **NOTICE IS HEREBY GIVEN** that by virtue of 28 U.S.C. §158, and orders of the
Judicial Council of the Ninth Circuit and the U.S. District Court for the Eastern District of
California, the appeal has been referred to the Bankruptcy Appellate Panel of the Ninth
Circuit.

     **NOTICE IS FURTHER GIVEN** that any party other than the appellant wishing to
have the appeal heard by the U.S. District Court must, within 30 days of the date of this
notice, file with the Clerk of the Bankruptcy Appellate Panel a separate written
statement of election to transfer the appeal to the U.S. District Court for the Eastern
District of California. Upon receipt of a timely statement of election, the Clerk of the
Bankruptcy Appellate Panel shall transfer the appeal to the U.S. District Court for the
Eastern District of California, in conformity with the foregoing orders and their provisions
for election to district court.

     For additional information, you may contact the Clerk of the Bankruptcy Appellate
Panel for the Ninth Circuit at 125 S. Grand Ave., Pasadena, CA 91105 (telephone: (626)
229-7225).

Dated: 11/02/11

                                    WAYNE BLACKWELDER, CLERK
                                    U.S. BANKRUPTCY COURT
                                    501 I Street, Suite 3-200
                                    Sacramento, CA 95814-2322
                                    (916) 930-4400
                                    BY: _____

EDC 5-585 (Rev. 9/1/10)                                         Deputy Clerk

BAP# EC-11-1619

SEAN GJERDE
8880 ELK GROVE BLVD., STE. A
ELK GROVE, CA 95624
(916) 478-4139
FAX: (916) 686-8775

In pro per

FILED

OCT 3 1 2011

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

RECEIVED
L. Spraul, Clerk
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

NOV 0 3 2011

FILED
DOCKETED
DATE        INITIAL

IN RE:

BEN and KAELYN DYE,

and

MICHAEL G. PETERS and JENNIFER L.

PETERS

and

HARVEY P. MICKELSEN and STEPHANIE

B. MICKELSEN

Case No.: 10-47982, 11-26173, 09-42649
DC No.: SPG-1

**NOTICE OF APPEAL TO THE UNITED
STATES COURT OF APPEAL FOR THE
NINTH CIRCUIT**

Sean Gjerde, improperly joined party, herein appeal to the United States Court of Appeal
for the Ninth Circuit from the final order/judgment of the Bankruptcy Court of the Eastern
District of California, entered in this case on October 21, 2011 and all interlocutory orders that
gave rise to that order, including but not limited to order to disgorge fees in this bankruptcy
matter dated October 21, 2011, judgment for sanctions on October 21, 2011.

Dated:   October 28, 2011

Sean Gjerde

NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT

**FILED**

11/02/11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

In re )  Bankruptcy Case No. 11-26173-B-7
  )
  Marcus Alonzo Nieto and Hildy )  Adversary Proceeding No.
  Jean Ortiz )
  )  Docket Control No. JPJ-1
  )
 Debtor(s) )

RECEIVED
Susan M. Spraul, Clerk
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

NOV 0 3 2011

FILED _____
DOCKETED _____
        DATE        INITIAL

**CERTIFICATE OF MAILING**

The undersigned clerk in the Office of the United States Bankruptcy Court for this
district hereby certifies that copies of the **Notice of Appeal and Notice of Referral of
Appeal to the Bankruptcy Appellate Panel of the Ninth Circuit** were mailed today to the
following parties at their respective addresses as shown in the Court's records:

James P. Chandler            Marcus Nieto and Hildy       Jan P Johnson
926 First Street West        Ortiz                         PO Box 1708
Sonoma CA 95476              8724 Cullen Court             Sacramento CA 95812
                             Elk Grove CA 95624


U.S. Trustee                 Thomas A. Johnson             Sean P. Gjarde
501 I St #7-500              400 Capitol Mall #1620        8880 Elk Grove Blvd #A
Sacramento, CA 95814         Sacramento, CA 95814          Elk Grove CA 95624


J. Michael Hopper
PO Box 73826
Davis CA 95617


Dated: 11/02/11                    BY: _____
                                        Deputy Clerk

EDC 3-071 (Rev. 8/10/10)



**Notice of Appeal from Sacramento**

Steve Peterson   to: BAPCA09Filings                                    11/02/2011 02:20 PM

              

11-26173 Certificate of Mailing.pdf 11-26173 Notice of Appeal.pdf 11-26173 Notice of Referral.pdf



11-26173 Transmittal.pdf

I talked to Vicky this morning about this new appeal. There was a previous appeal from 10/27/11 with the BAP # of 11-1607.

This new appeal is almost the same as the previous.  Thanks for your help.

Steve
Deputy Clerk
US Bankruptcy Court Sacramento

SWAS

FILED

OCT 2 5 2011

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

In re:                                 )    Case No. 11-26173-B-13J
                                       )
MARCUS ALONZO NIETO and HILDY          )    DC No. JPJ-1
JEAN ORTIZ,                            )
                                       )
                                       )
                    Debtor(s).         )
_____)

### JUDGMENT OF CIVIL CONTEMPT

Findings of fact and conclusions of law having been stated orally on the record,

IT IS ORDERED and ADJUDGED that Sean P. Gjerde, California State Bar No. 217467, and James P. Chandler, California State Bar No. 215886, who do business as Northern California Law Center, PC, shall jointly and severally pay to Jan Johnson, chapter 13 trustee, the sum of $19,500, which sum reflects the additional professional services occasioned by their intentional civil contempt.

Dated:  October 21, 2011.

_____
UNITED STATES BANKRUPTCY JUDGE

**CERTIFICATE OF SERVICE**

On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed and by depositing said envelope in the United States mail or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's Office.

James P. Chandler
926 First Street West
Sonoma CA 95476

Jan P Johnson
PO Box 1708
Sacramento CA 95812

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500

Thomas A. Johnson
400 Capitol Mall, #1620
Sacramento, CA 95814

Sean Gjerde, Esq.
8880 Elk Grove Blvd., Suite A
Elk Grove, CA 95624

Marcus Alonzo Nieto
8724 Cullen Court
Elk Grove CA 95624

Hildy Jean Ortiz
8724 Cullen Court
Elk Grove CA 95624

Dated: 10/25/11

_S Patun_
DEPUTY CLERK

- 2 -

CGS

## BANKRUPTCY APPEAL TRANSMITTAL FORM

TO:      Bankruptcy Appellate Panel of the Ninth Circuit
125 S. Grand Avenue
Pasadena, CA 91105

FROM:    U.S. Bankruptcy Court
Eastern District of California
District Office No. 0972

DATE:     11/01/11

FILED

**11/01/11**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

BAP# EC-11-1613

Debtor(s) Name: Harvey P. Mickelsen and Stephanie B. Mickelsen

RECEIVED
Susan M. Spraul, Clerk
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

Bankruptcy Case No. 09-42649 C-7

Adversary Proceeding No. _____

NOV 0 2 2011

Docket Control No. UST-1

FILED _____

Bankruptcy Judge (who signed the order): Christopher M. Klein

DOCKETED _____
DATE    INITIAL

Date Notice of Appeal Filed:    10/31/11

Date of Entry of Order Appealed From: 10/26/2011 and 10/28/11

Date Bankruptcy Case Filed: 10/19/2009

Date Notice of Appeal and
Notice of Referral of Appeal Mailed to Parties: 11/1/11

Filing Fee Paid? (Check One)   [ ]   Yes   [✓] No _____

Deputy Clerk    **Fely Dinong**
U.S. Bankruptcy Court

501 I Street, Suite 3-200
Sacramento, CA 95814-2322
(916) 930-4400

EDC 2-850 (Rev. 8/10/10)



**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA**



| **FILED** |
| :---: |
| **11/01/11** |
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF CALIFORNIA |

In re                      )       Bankruptcy Case No. 09-42649 C-7
     Harvey P. Mickelsen    )
     Stephanie B. Mickelsen  )
                      )       Docket Control No. UST-1
                      )
                      )
                      )
_____ Debtor(s) _____ )

### NOTICE OF REFERRAL OF APPEAL TO THE BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT

     The attached Notice of Appeal has been filed with the Clerk of the U.S. Bankruptcy Court for the Eastern District of California.

     **NOTICE IS HEREBY GIVEN** that by virtue of 28 U.S.C. §158, and orders of the Judicial Council of the Ninth Circuit and the U.S. District Court for the Eastern District of California, the appeal has been referred to the Bankruptcy Appellate Panel of the Ninth Circuit.

     **NOTICE IS FURTHER GIVEN** that any party other than the appellant wishing to have the appeal heard by the U.S. District Court must, within 30 days of the date of this notice, file with the Clerk of the Bankruptcy Appellate Panel a separate written statement of election to transfer the appeal to the U.S. District Court for the Eastern District of California. Upon receipt of a timely statement of election, the Clerk of the Bankruptcy Appellate Panel shall transfer the appeal to the U.S. District Court for the Eastern District of California, in conformity with the foregoing orders and their provisions for election to district court.

     For additional information, you may contact the Clerk of the Bankruptcy Appellate Panel for the Ninth Circuit at 125 S. Grand Ave., Pasadena, CA 91105 (telephone: (626) 229-7225).

Dated: 11/01/11

                                     WAYNE BLACKWELDER, CLERK
                                     U.S. BANKRUPTCY COURT
                                     501 I Street, Suite 3-200
                                     Sacramento, CA 95814-2322
                                     (916) 930-4400

EDC 5-565 (Rev. 9/1/10)                            BY: _____Fely Dinong_____
                                         Deputy Clerk
                                         **Fely Dinong**

1    SEAN GJERDE
     8880 ELK GROVE BLVD., STE. A
2    ELK GROVE, CA 95624
     (916) 478-4139
3    FAX: (916) 686-8775

4    In pro per

5

6

7                    UNITED STATES BANKRUPTCY COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10   IN RE:                                 )   Case No.: 10-47982, 11-26173, 09-42649
                                            )   DC No.:  SPG-1
11                                          )
     BEN and KAELYN DYE,                    )   NOTICE OF APPEAL TO THE UNITED
12                                          )   STATES COURT OF APPEAL FOR THE
     and                                    )   NINTH CIRCUIT
13                                          )
     MICHAEL G. PETERS and JENNIFER L.      )
14                                          )
     PETERS                                 )
15                                          )
     and
16
     HARVEY P. MICKELSEN and STEPHANIE
17
     B. MICKELSEN
18

19         Sean Gjerde, improperly joined party, herein appeal to the United States Court of Appeal

20   for the Ninth Circuit from the final order/judgment of the Bankruptcy Court of the Eastern

21   District of California, entered in this case on October 21, 2011 and all interlocutory orders that

22   gave rise to that order, including but not limited to order to disgorge fees in this bankruptcy

23   matter dated October 21, 2011, judgment for sanctions on October 21, 2011.

24

25                                   Dated:   October 28, 2011

26

27                                   _____
                                     Sean Gjerde
28


     NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT

# CERTIFICATE OF SERVICE

On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed and by depositing said envelope in the United States mail or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's Office.

Candy Dahl Goldman
2304 N St
Sacramento CA 95816-5716

James P. Chandler
926 First Street West
Sonoma CA 95476

Jan P Johnson
PO Box 1708
Sacramento CA 95812

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500

Thomas A. Johnson
400 Capitol Mall, #1620
Sacramento, CA 95814

Sean Gjerde, Esq.
8880 Elk Grove Blvd., Suite A
Elk Grove, CA 95624

Michael and Jennifer Peters
9528 Conda Way
Elk Grove, CA 95624

Dated:
10/26/11

DEPUTY CLERK

Jessica Dallas

- 2 -

SWAS

FILED

OCT 2 5 2011

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:                                    )        Case No. 10-47982-E-13L
                                          )
MICHAEL G. PETERS and JENNIFER            )
L. PETERS,                                )
                                          )
                    Debtor(s).            )
_____    )
In re:                                    )
                                          )        Case No. 09-42649-C-7
HARVEY P. MICKELSEN and                   )
STEPHANIE B. MICKELSEN                    )        DC No. UST-1
                                          )
_____    )

JUDGMENT OF CIVIL CONTEMPT

Findings of fact and conclusions of law having been stated

orally on the record,

IT IS ORDERED and ADJUDGED that Sean P. Gjerde, California

State Bar No. 217467, and James P. Chandler, California State Bar

No. 215886, who do business as Northern California Law Center,

PC, shall jointly and severally pay to Jan Johnson, chapter 13

trustee, the sum of $16,020, which sum reflects the additional

professional services occasioned by their intentional civil

contempt.

Dated:  October 21, 2011.


                    UNITED STATES BANKRUPTCY JUDGE

SWAS

FILED

OCT 2 5 2011

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:                              )        Case No. 10-47982-E-13L
                                    )
MICHAEL G. PETERS and JENNIFER      )
L. PETERS,                          )
                                    )
                                    )
              Debtor(s).            )
_____     )
                                    )
In re:                              )
                                    )        Case No. 09-42649-C-7
HARVEY P. MICKELSEN and             )
STEPHANIE B. MICKELSEN              )        DC No. UST-1
                                    )
_____     )

JUDGMENT

This matter was pursued as an ancillary proceeding in the
Mickelsen case.  Findings of fact and conclusions of law having
been stated orally on the record,

IT IS ORDERED and ADJUDGED that Sean P. Gjerde, California
State Bar No. 217467, and James P. Chandler, California State Bar
No. 215886, who do business as Northern California Law Center,
PC, shall jointly and severally return $2,274 to the debtors
Michael G. Peters and Jennifer L. Peters.

Dated:  October 21, 2011.


                    UNITED STATES BANKRUPTCY JUDGE

## CERTIFICATE OF SERVICE

On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed and by depositing said envelope in the United States mail or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's Office.

Candy Dahl Goldman
2304 N St
Sacramento CA 95816-5716

James P. Chandler
926 First Street West
Sonoma CA 95476

Jan P Johnson
PO Box 1708
Sacramento CA 95812

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500

Thomas A. Johnson
400 Capitol Mall, #1620
Sacramento, CA 95814

Sean Gjerde, Esq.
8880 Elk Grove Blvd., Suite A
Elk Grove, CA 95624

Michael and Jennifer Peters
9528 Conda Way
Elk Grove, CA 95624

Dated: 10/20/11

DEPUTY CLERK
Jessica Dallas

- 2 -

FILED

OCT 27 2011

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re:                                    Case No. 10-47982-E-13L

MICHAEL G. PETERS and JENNIFER
L. PETERS,

                      Debtor(s).

In re:                                    Case No. 09-42649-C-7

HARVEY P. MICKELSEN and               DC No. UST-1
STEPHANIE B. MICKELSEN

## AMENDED JUDGMENT OF CIVIL CONTEMPT

Findings of fact and conclusions of law having been stated orally on the record,

IT IS ORDERED and ADJUDGED that Sean P. Gjerde, California State Bar No. 217467, and James P. Chandler, California State Bar No. 215886, who do business as Northern California Law Center, PC, shall jointly and severally pay to the United States trustee, the sum of $16,020, which sum reflects the additional professional services occasioned by their intentional civil contempt.

Dated:  October 27, 2011.

UNITED STATES BANKRUPTCY JUDGE

190

1          **CERTIFICATE OF SERVICE**

2          On the date indicated below, I served a true and correct
copy(ies) of the attached document by placing said copy(ies) in a
3   postage paid envelope addressed to the person(s) hereinafter
listed and by depositing said envelope in the United States mail
4   or by placing said copy(ies) into an interoffice delivery
receptacle located in the Clerk's Office.

5

6   Candy Dahl Goldman
    2304 N St
7   Sacramento CA 95816-5716

8   James P. Chandler
    926 First Street West
9   Sonoma CA 95476

10
    Jan P Johnson
11  PO Box 1708
    Sacramento CA 95812

12
    Office of the U.S. Trustee
13  Robert T Matsui United States Courthouse
    501 I Street, Room 7-500
14

15  Thomas A. Johnson
    400 Capitol Mall, #1620
16  Sacramento, CA 95814

17  Sean Gjerde, Esq.
    8880 Elk Grove Blvd., Suite A
18  Elk Grove, CA 95624

19  Michael and Jennifer Peters
    9528 Conda Way
20  Elk Grove, CA 95624

21  Dated:

22      10/28/11

23                              DEPUTY CLERK

24                              Cathy Guyer

25

26

27

28                              - 2 -

FILED

11/01/11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

In re                 )      Bankruptcy Case No.   09-42649 C-7

    Harvey P. Mickelsen       )      Adversary Proceeding No.
    Stephanie B. Mickelsen     )

                         )      Docket Control No.   UST-1
                      Debtor(s)  )

## CERTIFICATE OF MAILING

The undersigned clerk in the Office of the United States Bankruptcy Court for this district hereby certifies that copies of the **Notice of Appeal and Notice of Referral of Appeal to the Bankruptcy Appellate Panel of the Ninth Circuit** were mailed today to the following parties at their respective addresses as shown in the Court's records:

Candy Dahl Goldman      Harvey P. Mickelsen      Office of the U.S. Trustee
2304 N St                 Stephanie B. Mickelsen    501 I St #7-500
Sacramento, CA         19035 N 132nd Ave       Sacramento CA   95814
95816-5716             Sun City West, AZ 85375

Jan P. Johnson          James P. Chandler        Michael Peters
PO Box 1708           926 1st St W            Jennifer Peters
Sacramento CA   95812    Sonoma CA   95476      9528 Conda Way
                                                 Elk Grove CA   95627

Ben Leando Dye        Thomas A. Johnson       Sean Gjerde
Kaelyn Marie Dye       400 Capitol Mall #1620    8880 Elk Grove Blvd #A
12348 La Vida Ln        Sacramento CA   95814    Elk Grove CA   95624
Wilton CA   95693

Dated: 11/01/11             BY:     _Fely Dinong_
                                             Deputy Clerk
                                             **Fely Dinong**

EDC 3-071 (Rev. 8/10/10)

SEAN GJERDE
8880 ELK GROVE BLVD , STE  A
ELK GROVE, CA 95624
(916) 478-4139
FAX  (916) 686-8775

In pro per

$GX$    **FILED**

DEC 2 0 2011

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

IN RE

MARK B  JORGENSEN and KIMBERLY A

JORGENSEN,

and

GEORGE CYRUS KNOWLTON and

AMANDA LEE KNOWLTON

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No   10-43436, 11-20290
DC No    SPG-1

**NOTICE OF APPEAL TO THE UNITED
STATES COURT OF APPEAL FOR THE
NINTH CIRCUIT**

Sean Gjerde, improperly joined party, herein appeal to the United States Court of Appeal

for the Ninth Circuit from the final order/judgment of the Bankruptcy Court of the Eastern

District of California, entered in this case on December 12, 2011 on case number 10-43436 and

all interlocutory orders that gave rise to that order, including but not limited to order to disgorge

fees in this bankruptcy matter dated December 12, 2011, order on motion for contempt   In

regards to the matter of George and Amanda Knowlton case number 11-20290, US Trustee was

ordered to draft a order and has failed to do so   Despite this the minute order entered on

December 6, 2011 is sufficient to request appeal at this time

Dated   December 18, 2011

Sean Gjerde

NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT

2011-20290

FILED

December 12, 2011

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003942614

2

Antonia G. Darling - 76190
Assistant United States Trustee
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814
(916) 930-2100/Fax (916) 930-2099

Attorneys for August B. Landis,
Acting United States Trustee, Region 17

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

In re:

GEORGE CYRUS KNOWLTON
and AMANDA KNOWLTON

   Debtors

_____

ACTING UNITED STATES TRUSTEE,
  August B. Landis,
      Movant

   v.

SEAN P. GJERDE
    Respondent
_____/

CASE NO.: 11-20290-A-7

D.C. No.: UST-3

Date:  December 5, 2011
Time:  10:00 a.m.
Place:  Courtroom 28
    United States Courthouse
    501 I Street, 7th floor
    Sacramento, California

### ORDER

The Court's Findings of Fact and Conclusions of Law are included in the Court's Civil Minutes,

Docket # 99, filed December 6, 2011.

The Acting United States Trustee's motion is granted in part:

  **IT IS ORDERED** that Sean Gjerde is found to be in contempt of the Court's Order of

May 3, 2011.  The Acting United States Trustee may obtain a writ of execution and enforce the

May 3, 2011 order against Mr. Gjerde, directing Sean Gjerde to refund $1,000 to the debtors, and

RECEIVED
December 06, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003942614

1

pay $1,613.83 to the Acting United States Trustee as reasonable attorneys fees.

Dated: December 12, 2011

By the Court

Michael S. McManus
United States Bankruptcy Judge

2



# BANKRUPTCY APPEAL TRANSMITTAL FORM

TO     Bankruptcy Appellate Panel of the Ninth Circuit
125 S Grand Avenue
Pasadena, CA 91105

FROM    U S Bankruptcy Court
Eastern District of California
District Office No 0972

DATE     12/22/11

```
+----------------------------+
|           FILED            |
|                            |
|         12/22/11           |
|                            |
| UNITED STATES BANKRUPTCY COURT |
| EASTERN DISTICT OF CALIFORNIA  |
+----------------------------+
```

---

Debtor(s) Name   Mark B Jorgensen and Kimberly A Jorgensen

Bankruptcy Case No   10-43436-E-13

Adversary Proceeding No

Docket Control No   UST-3

Bankruptcy Judge (who signed the order)   Ronald H Sargis

Date Notice of Appeal Filed   12/20/11

Date of Entry of Order Appealed From   12/12/11

Date Bankruptcy Case Filed   9/1/10

Date Notice of Appeal and
Notice of Referral of Appeal Mailed to Parties   12/20/11

Filing Fee Paid? (Check One)   [ ]   Yes   [✓] No

*JoAnna Larson*

Deputy Clerk
U S Bankruptcy Court       JoAnna Larson
501 I Street Suite 3-200
Sacramento CA 95814-2322
(916) 930-4400

EDC 2-850 (Rev 8/10/10)





## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

<table>
<tr><td>FILED</td></tr>
<tr><td>12/22/11</td></tr>
<tr><td>UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF CALIFORNIA</td></tr>
</table>

In re
    Mark B  Jorgensen and
    Kimberly A  Jorgensen

          Debtor(s)

)
)
)
)
)
)
)
)

Bankruptcy Case No  10-43436-E-13

Docket Control No  UST-3

### NOTICE OF REFERRAL OF APPEAL TO THE BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT

The attached Notice of Appeal has been filed with the Clerk of the U S Bankruptcy Court for the Eastern District of California

**NOTICE IS HEREBY GIVEN** that by virtue of 28 U S C  §158  and orders of the Judicial Council of the Ninth Circuit and the U S  District Court for the Eastern District of California  the appeal has been referred to the Bankruptcy Appellate Panel of the Ninth Circuit

**NOTICE IS FURTHER GIVEN** that any party other than the appellant wishing to have the appeal heard by the U S  District Court must, within 30 days of the date of this notice, file with the Clerk of the Bankruptcy Appellate Panel a separate written statement of election to transfer the appeal to the U S  District Court for the Eastern District of California   Upon receipt of a timely statement of election  the Clerk of the Bankruptcy Appellate Panel shall transfer the appeal to the U S  District Court for the Eastern District of California  in conformity with the foregoing orders and their provisions for election to district court

For additional information  you may contact the Clerk of the Bankruptcy Appellate Panel for the Ninth Circuit at 125 S  Grand Ave   Pasadena  CA 91105 (telephone  (626) 229-7225)

Dated   12/22/11

WAYNE BLACKWELDER, CLERK
U S  BANKRUPTCY COURT
501 I Street  Suite 3-200
Sacramento  CA 95814-2322
(916) 930-4400
BY
          Deputy Clerk

                    JoAnna Larson

EDC 5 565 (Rev  9/1/10)



FILED

DEC 2 0 2011

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

SEAN GJERDE
8880 ELK GROVE BLVD   STE A
ELK GROVE, CA 95624
(916) 478-4139
FAX  (916) 686 8775

In pro per

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

IN RE

MARK B JORGENSEN and KIMBERLY A

JORGENSEN

and

GEORGE CYRUS KNOWLTON and

AMANDA LEE KNOWLTON

Case No  10-43436, 11-20290
DC No  SPG-1

**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT**

Sean Gjerde  improperly joined party, herein appeal to the United States Court of Appeal for the Ninth Circuit from the final order/judgment of the Bankruptcy Court of the Eastern District of California, entered in this case on December 12, 2011 on case number 10-43436 and all interlocutory orders that gave rise to that order, including but not limited to order to disgorge fees in this bankruptcy matter dated December 12  2011  order on motion for contempt   In regards to the matter of George and Amanda Knowlton case number 11-20290, US Trustee was ordered to draft a order and has failed to do so  Despite this the minute order entered on December 6, 2011 is sufficient to request appeal at this time

Dated   December 18, 2011

Sean Gjerde

FILED   December 12, 2011
CLERK U S BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D78

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title** | Mark B Jorgensen and Kimberly A Jorgensen | **Case No** | **10–43436 – E – 13L** |
| | | **Date** | 12/6/11 |
| | | **Time** | 02 00 |
| **Matter** | [61] – Motion/Application For Civil Contempt [UST-3] Filed by U S Trustee August B Landis (shbs) | | |
| **Judge** | Ronald H Sargis | | |
| **Courtroom Deputy** | Janet Larson | | |
| **Reporter** | Diamond Reporters | | |
| **Department** | E | | |

**APPEARANCES for**
**Movant(s)**
    U S Trustee s Attorney – Antonia Darling
**Respondent(s)**
    Debtor(s) Attorney – James P Chandler
    Neil Enmark (for the Trustee)

---

CIVIL MINUTE ORDER

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing

The Motion for and Order of Contempt filed by the Acting United States Trustee having been presented to the court and upon review of the pleadings evidence arguments of counsel and good cause appearing

IT IS ORDERED that the Motion is granted Sean P Gjerde and James P Chandler and each of them are determined to be in civil contempt for the failure to pay the $3 000 00 to Mark B Jorgensen and Kimberly A Jorgensen, on or before May 13 2011

IT IS FURTHER ORDERED that Sean P Gjerde and James P Chandler and each of them shall report this filing of Civil Contempt for the failure to pay the $3 000 00 to Mark B Jorgensen and Kimberly A Jorgensen to the California State Bar

IT IS FURTHER ORDERED that the April 27 2011 order, Dckt 43 for payment of $3,000 00 plus all interest and costs computed from May 14 2011 until paid may be enforced by Mark B Jorgensen or Kimberly A Jorgensen against Sean P Gjerde and James P Chandler jointly and severally in the same manner as a civil judgment issued by this court pursuant to Fed R Civ P 69 and Fed R Bankr P 7069 and 9014

Dated   December 12, 2011                    By the Court

Ronald H Sargis, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

## FILED

### 12/22/11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re )  Bankruptcy Case No  10-43436-E-13
    Mark B  Jorgensen and )
    Kimberly A  Jorgensen )
                        )  Docket Control No  UST-3
                        )
                        )
                        )
           Debtor(s)         )

## NOTICE OF REFERRAL OF APPEAL TO THE BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT

     The attached Notice of Appeal has been filed with the Clerk of the U S Bankruptcy Court for the Eastern District of California

     **NOTICE IS HEREBY GIVEN** that by virtue of 28 U S C  §158,  and orders of the Judicial Council of the Ninth Circuit and the U S  District Court for the Eastern District of California  the appeal has been referred to the Bankruptcy Appellate Panel of the Ninth Circuit

     **NOTICE IS FURTHER GIVEN** that any party other than the appellant wishing to have the appeal heard by the U S  District Court must  within 30 days of the date of this notice  file with the Clerk of the Bankruptcy Appellate Panel a separate written statement of election to transfer the appeal to the U S  District Court for the Eastern District of California   Upon receipt of a timely statement of election  the Clerk of the Bankruptcy Appellate Panel shall transfer the appeal to the U S  District Court for the Eastern District of California  in conformity with the foregoing orders and their provisions for election to district court

     For additional information  you may contact the Clerk of the Bankruptcy Appellate Panel for the Ninth Circuit at 125 S  Grand Ave  Pasadena  CA 91105 (telephone  (626) 229-7225)

Dated  12/22/11

                    WAYNE BLACKWELDER  CLERK
                    U S  BANKRUPTCY COURT
                    501 I Street  Suite 3-200
                    Sacramento  CA 95814-2322
                    (916) 930-4400

EDC 5 565 (Rev  9/1/10)        BY                                          
                                       Deputy Clerk     JoAnna Larson

FILED

DEC 2 0 2011

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

SEAN GJERDE
8880 ELK GROVE BLVD , STE  A
ELK GROVE, CA 95624
(916) 478-4139
FAX  (916) 686-8775

In pro per

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

IN RE

MARK B  JORGENSEN and KIMBERLY A

JORGENSEN,

and

GEORGE CYRUS KNOWLTON and

AMANDA LEE KNOWLTON

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No  10-43436, 11-20290
DC No  SPG-1

**NOTICE OF APPEAL TO THE UNITED
STATES COURT OF APPEAL FOR THE
NINTH CIRCUIT**

    Sean Gjerde, improperly joined party, herein appeal to the United States Court of Appeal

for the Ninth Circuit from the final order/judgment of the Bankruptcy Court of the Eastern

District of California, entered in this case on December 12, 2011 on case number 10-43436 and

all interlocutory orders that gave rise to that order, including but not limited to order to disgorge

fees in this bankruptcy matter dated December 12, 2011, order on motion for contempt   In

regards to the matter of George and Amanda Knowlton case number 11-20290, US Trustee was

ordered to draft a order and has failed to do so  Despite this the minute order entered on

December 6, 2011 is sufficient to request appeal at this time

Dated   December 18, 2011

Sean Gjerde



FILED

12/22/11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re  )
)  Bankruptcy Case No  10-43436-E-13
Mark B  Jorgensen and Kimberly  )
A  Jorgensen  )  Adversary Proceeding No
)
)  Docket Control No  UST-3
Debtor(s)  )

### CERTIFICATE OF MAILING

The undersigned clerk in the Office of the United States Bankruptcy Court for this district hereby certifies that copies of the **Notice of Appeal and Notice of Referral of Appeal to the Bankruptcy Appellate Panel of the Ninth Circuit** were mailed today to the following parties at their respective addresses as shown in the Court s records

Mark B  Jorgensen
8564 New Valley Way
Sacramento, CA 95828

Kimberly A  Jorgensen
8564 New Valley Way
Sacramento  CA 95828

Office of the U S  Trustee
c/o Antonia Darling
501 I Street #7-500
Sacramento CA 95814

James Chandler
926 1st St West
Sonoma CA 95476

Lawrence J  Loheit
c/o Neil Enmark
PO Box 1858
Sacramento CA 95812

Dated  12/22/11

BY  _Jo Anna Larson_
Deputy Clerk

EDC 3 071 (Rev  8/10/10)



FILED

FEB 24 2012

SUSAN M SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

## UNITED STATES BANKRUPTCY APPELLATE PANEL

## OF THE NINTH CIRCUIT

| | |
|---|---|
| In re: ) | BAP Nos.   EC-11-1607 |
| ) | EC-11-1619 |
| HILDY ORTIZ and MARCUS NIETO; ) | |
| ) | Bk. No.   11-26173 |
| Debtors. ) | |
| _____ ) | |
| In re: ) | BAP No.   EC-11-1613 |
| ) | |
| HARVEY P. MICKELSEN; STEPHANIE) | Bk. No.   09-42649 |
| B. MICKELSEN; ) | |
| ) | |
| Debtors. ) | |
| _____ ) | |
| In re: ) | BAP No.   EC-11-1715 |
| ) | |
| GEORGE CYRUS KNOWLTON; AMANDA ) | Bk. No.   11-20290 |
| LEE KNOWLTON; ) | |
| ) | |
| Debtors. ) | |
| _____ ) | |
| In re: ) | BAP Nos.   EC-11-1722 |
| ) | EC-11-1740 |
| MARK B. JORGENSEN; KIMBERLY A.) | |
| JORGENSEN; ) | |
| ) | Bk. No.   10-43436 |
| Debtors. ) | |
| _____ ) | |
| ) | |
| SEAN GJERDE, JAMES P. ) | |
| CHANDLER, ) | |
| ) | |
| Appellants, ) | |
| ) | |
| v. ) | **ORDER REINSTATING APPEALS** |
| ) | **(Action Required)** |
| HILDY ORTIZ; MARCUS NIETO; ) | |
| HARVEY P. MICKELSEN; STEPHANIE) | |
| B. MICKELSEN; GEORGE CYRUS ) | |

```
KNOWLTON; AMANDA LEE KNOWLTON;)
UNITED STATES TRUSTEE; MARK B.)
JORGENSEN; KIMBERLY A.        )
JORGENSEN; JAN JOHNSON,       )
Chapter 13 Trustee,          )
                              )
                Appellees.    )
_____)
```

Before:  HOLLOWELL, KIRSCHER and MARKELL, Bankruptcy Judges.

The above-referenced appeals have been judicially reviewed.

BAP Appeal No. EC-11-1607 is an appeal filed by Sean Gjerde from an October 25, 2011 order requiring the return of $3,000 to Marcus Alonso Nieto and Hildy Jean Ortiz.  EC-11-1607 was dismissed on February 7, 2012 for failure to pay the filing fees and failure to file the opening brief.

BAP Appeal No. EC-11-1613 is an appeal filed by Sean Gjerde requiring from an October 25, 2011 order requiring the payment of $16,200 to Jan Johnson, Chapter 13 Trustee with respect to the bankruptcy case of Harvey P. Mickelsen and Stephanie B. Mickelsen.  A conditional order of dismissal was issued in this appeal on January 10, 2012, which required appellant to file a response.  On January 23, 2012, appellant filed a combined statement of issues and opening brief with respect to EC-11-1613.

BAP Appeal No. EC-11-1619 is an appeal filed by Sean Gjerde from an October 25, 2011 order requiring the payment of $19,500 to Jan Johnson, Chapter 13 Trustee with respect to the bankruptcy

2

case of Marcus Alonso Nieto and Hildy Jean Ortiz.

BAP Appeal No. EC-11-1715 is an appeal filed by Sean Gjerde from a December 12, 2011 order finding Mr. Gjerde to be in contempt of the bankruptcy court's order, requiring the refund of $1,000 to debtors George Cyrus Knowlton and Amanda Knowlton, and awarding $1,613.83 to the United States Trustee.  EC-11-1715 was dismissed on February 7, 2012 for failure to file the record on appeal and failure to pay the filing fees.

BAP Appeal No. EC-11-1722 is an appeal filed by Sean Gjerde from a December 12, 2011 order requiring the payment of $3,000 to Mark B. Jorgensen and Kimberly A. Jorgensen.  EC-11-1722 was dismissed on February 7, 2012 for failure to file the record on appeal and failure to pay the filing fees.

BAP Appeal No. EC-11-1740 is an appeal filed by James Chandler from the same December 12, 2011 order requiring the payment of $3,000 to Mark B. Jorgensen and Kimberly A. Jorgensen that is at issue in EC-11-1722.  EC-11-1740 was dismissed on February 7, 2012 for failure to file the record on appeal and failure to pay the filing fees.

On January 19, 2012, Mr. Sean Gjerde filed a motion for leave to proceed in forma pauperis that appears to relate to all of the above-referenced appeals.

On February 13, 2012, Mr. Gjerde filed a motion for

3

reconsideration of dismissal that appears to relate to the above-referenced appeals.

Out of an abundance of fairness and due process to the parties, IT IS ORDERED THAT BAP Appeal Nos. EC-11-1607, EC-11-1715, EC-11-1722, and EC-11-1740 are hereby ORDERED REINSTATED.[1]

No later than **Monday, March 26, 2012**, appellant James P. Chandler must file with the BAP and serve on opposing counsel a written response indicating that the filing and docketing fees in the amount of $298 have been paid with respect to EC-11-1740.[2]

IT IS FURTHER ORDERED THAT Gjerde's IFP motion with respect to EC-11-1607, EC-11-1613, EC-11-1619, EC-11-1715 and EC-11-1722 will be forwarded to the U.S. District Court for its consideration on **Friday, March 2, 2012**.

A joint briefing schedule will be issued with respect to the above-referenced appeals following resolution of the fee issues

---

[1]    BAP Nos. EC-11-1613 and EC-11-1619 are not being reinstated since these appeals have not been dismissed. It is unclear why Gjerde references EC-11-1643 in his motions, since Gjerde is not the appellant in that appeal, the appeal fee has been paid in EC-11-1643, and the brief in EC-11-1643 is due on February 27, 2012.

[2]    If Chandler would like to include his arguments regarding EC-11-1740 in the joint brief that Chandler is required to file in BAP Nos. EC-11-1641, EC-11-1643, EC-12-1015, EC-12-1016, EC-12-1017, EC-12-1018, and EC-12-1019, he may do so. However, Chandler must include the BAP No. EC-11-1740 on the cover page of his brief.

4

outlined above.

**Failure to comply with the requirements of this order will result in dismissal of these appeals for lack of prosecution without further notice to the parties.  9th Cir. BAP R. 8070-1.**

## UNITED STATES BANKRUPTCY APPELLATE PANEL

## OF THE NINTH CIRCUIT

---

In re: MARCUS ALONZO NIETO; HILDY
JEAN ORTIZ

                    Debtors

        -----------------------------

            SEAN GJERDE

                Appellant

                    v.

    J. MICHAEL HOPPER, Trustee; UST-
    UNITED STATES TRUSTEE,
    SACRAMENTO; HILDY JEAN ORTIZ;
    MARCUS ALONZO NIETO

                Appellees

BAP No. EC-11-1607

Bankr. No. 11-26173
Chapter 7

# FILED

FEB 07 2012

SUSAN M SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

---

### ORDER OF DISMISSAL

The attached "Notice of Deficient Appeal and Possible Dismissal" was served on the parties. The parties have failed to file a written response showing legal cause why this appeal should not be dismissed.

Therefore, it is hereby **ORDERED** that the appeal is **DISMISSED** for failure to prosecute.

This order is subject to reconsideration by the Panel if a written request for judicial review is received within FOURTEEN (14) days of the entry of the order. 9th Cir. BAP Rule 8070-1.

A certified copy of this order sent to the Bankruptcy Court shall constitute the mandate of the Panel.

                    Susan M Spraul, BAP Clerk

                    By: Vicky Jackson-Walker, Deputy Clerk
                    Filed and entered: February 7, 2012

## CERTIFICATE OF MAILING

The undersigned, deputy Clerk of the U.S. Bankruptcy Appellate Panel of the Ninth Circuit, hereby certifies that a copy of the document to which this certificate is attached was transmitted this date to all parties of record to this appeal, to the United States Trustee and to the Clerk of the Bankruptcy Court.

By: Vicky Jackson-Walker, Deputy Clerk
Date: February 7, 2012

## UNITED STATES BANKRUPTCY APPELLATE PANEL

## OF THE NINTH CIRCUIT

---

In re: MARCUS ALONZO NIETO; HILDY
JEAN ORTIZ

Debtors

------------------------------

SEAN GJERDE

Appellant

v.

J. MICHAEL HOPPER, Trustee; UST-
UNITED STATES TRUSTEE,
SACRAMENTO; HILDY JEAN ORTIZ;
MARCUS ALONZO NIETO

Appellees

BAP No. EC-11-1607

Bankr. No. 11-26173
Chapter 7

# FILED

JAN 10 2012

SUSAN M SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

---

## CONDITIONAL ORDER OF DISMISSAL

The parties were notified that the briefing schedule was set in this appeal. The Appellant's opening brief and excerpts of the record have not been received. The appellant's opening brief due date was 12/23/11.

Therefore, it appears that the Appellant is not diligently prosecuting this appeal. Sanctions, including dismissal, are appropriate. 9th Cir. BAP Rule 8009(a)-1(b)(3).

It is **ORDERED** that this appeal will be **DISMISSED as of January 24, 2012** unless, by that date, the Appellant files a brief and excerpts of the record or shows legal cause why this appeal should not be dismissed. Any response to this order is to be filed with the Panel Clerk and served upon opposing counsel.

If the Appellant has decided to dismiss this appeal, a motion or stipulation to dismiss should be filed. See FRBP 8001(c).

Susan M Spraul, BAP Clerk

**By:** Vicky Jackson-Walker, Deputy Clerk
**Filed and entered:** January 10, 2012

**cc:** All Parties



SEAN GJERDE
8880 ELK GROVE BLVD., STE. A
ELK GROVE, CA 95624
(916) 478-4139
FAX: (916) 686-8775

In pro per

FILED

DEC - 1 2011

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

IN RE:

HARVEY P. MICKELSEN AND

STEPHANIE B. MICKELSEN

IN RE:

MARCUS NIETO AND HILDY ORTIZ

IN RE:

MICHAEL G. PETERS AND JENNIFER L.

PETERS

IN RE:

BEN LEANDRO DYE AND KAELYN

MARIE DYE

) Case No.: 09-42649
) BAP No.: EC-11-1613
)
) **RESPONSE IN REGARDS TO FILING FEE**
)
)
)
)
)
)
) Case No.: 11-26173
) BAP No.: EC-11-1607
) BAP No.: EC-11-1619
) BAP No.: EC-11-1643
)
)
)
)
) Case No.: 10-47982
)
)
)
)

Case No.: 11-22020

Due to the cut off of all ECF filing with the local bankruptcy court, filing fees for the

appeals listed above are now currently being paid. Appellant accidently mailed out check to

1

1 | BAP directly, this is now being corrected.  Appellant requests this matter remain open until

2 | check can be processed.

3 |

4 | Dated:  November 21, 2011

5 |

6 |

7 |

8 |

9 | Sean Gjerde

10 |

**General Docket**
**U.S. Bankruptcy Appellate Panel for the Ninth Circuit**
Case 2:12-mc-00014-JAM-DAD   Document 1   Filed 03/05/12   Page 58 of 62

**Bankruptcy Appellate Panel Docket #:** 11-1607                    **Docketed:** 10/31/2011
Sean Gjerde v. J. Hopper, et al
**Appeal From:** California Eastern - Sacramento
**Fee Status:** fee due

**Case Type Information:**
 **1)** Bankruptcy
 **2)** Chapter 7 Non-Business
 **3)** null

**Originating Court Information:**
 **District:** 0972-2 : 11-26173
 **Trial Judge:** Christopher M. Klein, U.S. Bankruptcy Judge
 **Date Filed:** 03/12/2011

| Date Order/Judgment: | Date NOA Filed: | Date Rec'd BAP: |
|---|---|---|
| 10/25/2011 | 10/27/2011 | 10/31/2011 |

**Prior Cases:**
 None

**Current Cases:**

| | Lead | Member | Start | End |
|---|---|---|---|---|
| Related | | | | |
| | 11-1607 | 11-1613 | 02/24/2012 | |
| | 11-1607 | 11-1619 | 11/10/2011 | |
| | 11-1607 | 11-1715 | 02/24/2012 | |
| | 11-1607 | 11-1722 | 02/24/2012 | |
| | 11-1607 | 11-1740 | 02/24/2012 | |

**Panel Assignment:**    Not available

---

In re: MARCUS ALONZO NIETO
          Debtor

HILDY JEAN ORTIZ
          Debtor

------------------------------

SEAN GJERDE                                    Sean Gjerde
          Appellant                            [NTC Pro Se]
                                               # A
                                               Firm: 916-478-4139
                                               8880 Elk Grove Blvd
                                               Elk Grove, CA 95624

v.

J. MICHAEL HOPPER, Trustee                     J. Michael Hopper
          Appellee                             Direct: 530-757-2033
                                               [Pro Se]
                                               P.O. Box 73826
                                               Davis, CA 95617

UST- UNITED STATES TRUSTEE, SACRAMENTO         Antonia G. Darling, Esquire
          Appellee                             Direct: 916-930-2100
                                               [COR LD NTC Retained]
                                               OFFICE OF U.S. TRUSTEE
                                               Suite 7-500
                                               501 "I" Street
                                               Sacramento, CA 95814

                                               ust- United States Trustee, Sacramento
                                               Direct: 916-930-2100
                                               [NTC Pro Se]
                                               Office of The United States Trustee
                                               Suite 7-500

501 I Street
Sacramento, CA 95814

HILDY JEAN ORTIZ
    Appellee

James Patrick Chandler
Direct: 707-933-8602
[COR LD NTC Retained]
Law Offices of James P. Chandler
Firm: 707-933-8602
926 First Street West
Sonoma, CA 95476

MARCUS ALONZO NIETO
    Appellee

James Patrick Chandler
Direct: 707-933-8602
[COR LD NTC Retained]
(see above)

In re:  MARCUS ALONZO NIETO; HILDY JEAN ORTIZ
```

In re:  MARCUS ALONZO NIETO; HILDY JEAN ORTIZ

     Debtors

------------------------------

SEAN GJERDE

     Appellant

v.

J. MICHAEL HOPPER, Trustee; UST- UNITED STATES TRUSTEE, SACRAMENTO; HILDY JEAN ORTIZ; MARCUS ALONZO NIETO

     Appellees

| Date | Doc | Description |
|---|---|---|
| 10/31/2011 | 2<br>9 pg, 1.18 MB | Received notice of appeal filed in Bankruptcy Court on 10/27/2011, notice of referral, transmittal form and Judgment. (VJ) |
| 11/08/2011 | 3<br>2 pg, 41.15 KB | Notice to all parties and Bankruptcy Court RE: BAP Case number assigned: EC-11-1607. Sent Bankruptcy Record Request Form to Bankruptcy Court. (VJ) |
| 11/08/2011 | 4<br>1 pg, 38.3 KB | Notice to Bankruptcy Court RE: BAP Case number assigned: EC-11-1607 and Bankruptcy Record Request Form. (VJ) |
| 11/08/2011 | 5<br>3 pg, 41.01 KB | Sent BRIEFING ORDER & NOTICE to appellant Sean Gjerde. Copies to all parties. Appellant Sean Gjerde's opening brief due 12/23/2011 (VJ) |
| 11/08/2011 | 6<br>2 pg, 43.55 KB | Notice of Deficiency sent to Appellant RE: Filing fee not paid for lack of prosecution. Re: Response Due: 11/22/2011. cc: All parties. (VJ) |
| 12/01/2011 | 8<br>2 pg, 113.52 KB | Received and filed original and copies of Appellant Sean Gjerde's Response to Notice of Deficient (NOD) Appeal; served on ( no pos). (VJ) |
| 01/10/2012 | 9<br>1 pg, 35.21 KB | Filed CONDITIONAL ORDER OF DISMISSAL (Deputy Clerk; vjw); for lack of prosecution. Re: Appellant 's opening brief and excerpts not filed. Appellant Sean Gjerde's opening brief due 01/24/2012.. (VJ) |
| 02/07/2012 | 10 | Party: Add Attorney(s) Antonia G. Darling for party(s) Appellee UST/SAC, in case 11-1607. (VJ) |
| 02/07/2012 | 11<br>2 pg, 32.64 KB | Order of Dismissal filed (Deputy Clerk: vjw), DISMISSED for failure to prosecute. filing fee not paid; [EOD] Date: 02/07/2012. (VJ) |
| 02/07/2012 | 12 | CLOSED: Case closed: Default;Procedural termination without judicial action; 02/07/2012 11-1607 Dismissed; Judge order. (VJ) |
| 02/13/2012 | 13<br>5 pg, 65.74 KB | Filed original and 3 copies of 's motion to reconsider order of the Court order dismissed for failure to prosecute filed on 02/07/2012; served on 02/08/2012. [11-1607, 11-1619] (VJ) |
| 02/13/2012 | 14<br>7 pg, 157.49 KB | Filed 1/19/12 original of Appellant Sean Gjerde's motion to proceed in forma pauperis; served on ( no pos). (VJ) (VJ) |
| 02/24/2012 | 15<br>5 pg, 48.39 KB | Filed order (HOLLOWELL, KIRSCHER and MARKELL); Out of an abundance of fairness and due process to the parties, IT IS ORDERED THAT BAP Appeal Nos. EC-11-1607, EC-11-1715, EC-11-1722, and EC-11-1740 are hereby ORDERED REINSTATED. IT IS FURTHER ORDERED THAT Gjerde's IFP motion with respect to EC-11-1607, EC-11-1613, EC-11-1619, EC-11-1715 and EC-11-1722 will be forwarded to the U.S. District Court for its consideration on Friday, March 2, 2012.1;. [11-1607, 11-1613, 11-1619, 11-1715, 11-1722, 11-1740] (VJ) |
| 02/24/2012 | 16<br>3 pg, 52.62 KB | Notice to Bankruptcy Judge (Clerk: sms) ; This notice is provided to alert you as the trial court that you may "certif[y] in writing that [the appeals] are not taken in good faith" under 28 U.S.C. § 1915(a) (3). ( see attached notice) ; dated: 02/24/2012. [11-1607, 11-1613, 11-1619] (VJ) |
| 02/24/2012 | 17<br>3 pg, 41.26 KB | Sent BRIEFING ORDER & NOTICE to appellant Sean Gjerde . Copies to all parties. Appellant Sean Gjerde's opening brief due 04/09/2012 [11-1607, 11-1613, 11-1619, 11-1715, 11-1722] (VJ) |
| 02/29/2012 | 18<br>3 pg, 141.72 KB | Received from Bankruptcy Court ( Judge Klein) copy of Certification re: Appeals filed in Bk. Ct. 02/28/2012. [11-1607, 11-1613, 11-1619] (VJ) |
| 03/05/2012 | 19 | Filed order (HOLLOWELL, KIRSCHER and MARKELL); TRANSFERRED [14] Appellant's motion is |

47 pg, 1.71 MB

hereby TRANSFERRED to the United States District Court for the Eastern District of California for the limited purpose of ... Appellants' motion ... declaratory order ... [11-1607, 11-1613, 11-1619, 11-1715, 11-1722] (VJ)

Clear All

( • ) **Documents and Docket Summary**
( ) **Documents Only**

[ ✓ ] **Include Page Numbers**

**Selected Pages:** 0          **Selected Size:** 0 KB

View Selected

| **PACER Service Center** | | |
| --- | --- | --- |
| **Transaction Receipt** | | |
| BAP for the Ninth Circuit - 03/05/2012 10:25:34 | | |
| **PACER Login:** | us5194 | **Client Code:** | |
| **Description:** | Docket Report (full) | **Search Criteria:** | 11-1607 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |