IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In re:

HILDY ORTIZ and MARCUS NIETO,    No. Misc. S-12-0014 JAM DAD

    Debtors.    BAP Nos.  EC-11-1607
                                                                    EC-11-1619
_____/

In re:

HARVEY P. MICKELSEN; STEPHANIE B. MICKELSEN;

    Debtors.    BAP No.  EC-11-1613
_____/

In re:

GEORGE CYRUS KNOWLTON; AMANDA LEE KNOWLTON;

    Debtors.    BAP No.  EC-11-1715
_____/

/////

/////

/////

1

In re:

MARK B. JORGENSEN; KIMBERLY A. JORGENSEN;

    Debtors.
_____/

BAP No. EC-11-1722

SEAN GJERDE,

    Appellant,

  vs.

HILDY ORTIZ; MARCUS NIETO; HARVEY P. MICKELSEN; STEPHANIE B. MICKELSEN; GEORGE CYRUS KNOWLTON; AMANDA LEE KNOWLTON; UNITED STATES TRUSTEE; MARK B. JORGENSEN; KIMBERLY A. JORGENSEN; JAN JOHNSON, Chapter 13 Trustee,

    Appellees.
_____/

<u>ORDER</u>

On March 5, 2012, the United States Bankruptcy Appellate Panel of the Ninth Circuit transferred appellant Sean Gjerde's application to proceed in forma pauperis ("IFP") to this court "for the limited purpose of ruling on appellants' motion." (Doc. No. 1 at 4.) Appellant has submitted an affidavit, signed under penalty of perjury, which demonstrates that he is unable to prepay fees and costs or give security thereof. (Doc. No. 2.) Accordingly, the request to proceed IFP is granted. 28 U.S.C. § 1915(a). Because there is nothing further before this court and in light of the limited nature of the Bankruptcy Appellate Panel's transfer order, the Clerk of U.S. District Court for the Eastern District of California is directed to close this miscellaneous case.

    IT IS SO ORDERED.

DATED: April 30, 2012.

                                         DALE A. DROZD
                                         UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.civil\gjerde0014.grant ifp.BAP